UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF

       George H. Sallaway,
       Bar Roll Number 511616,

              Respondent.

ORDER OF SUSPENSION

       By Order duly entered on March 19, 2021, the New York State Supreme Court, Appellate Division, Fourth Department, suspended the Respondent from the practice of law for a period of two years. Pursuant to Rule 83.3 of the Local Rules of the Northern District of New York, upon the filing of a copy of such Order, upon this Court's examination of the record resulting in the discipline imposed in such Order, and upon this Court's finding that the Respondent, George H. Sallaway, was admitted to practice before this Court on November 27, 2002, it is hereby

       ORDERED, that pursuant to Rule 83.3 of the Local Rules of the Northern District of New York, George H. Sallaway is suspended from the practice of law before this Court for a period concurrent with his suspension from the practice of law before the New York State Courts; and further

       ORDERED, that, for the period of suspension, George H. Sallaway is forbidden to appear as an attorney or counselor-at-law before this Court, and is commanded to desist and refrain from the practice of law in any form as principal, agent, clerk or employee of another as it relates to matters before this Court; and it is further

       ORDERED, that as to matters pending in this Court, George H. Sallaway shall notify within 15 days, by registered or certified mail return receipt requested, all clients involved in litigation matters, and the attorney or attorneys for each adverse party in such matters, of his suspension and consequent inability to act as an attorney before this Court. The notice to the client shall request the prompt substitution of another attorney, and the notice to the attorneys for adverse parties shall state the residence address of the client; and in the event a client involved in litigation does not obtain substitute counsel before the effective date of suspension for George H. Sallaway, it shall be the responsibility of George H. Sallaway to move pro se for leave to withdraw from the action; and it is further

ORDERED, that George H. Sallaway shall file with the Clerk of this Court an Affidavit reporting that he has fully complied with the provisions of this Order, and such Affidavit shall also set forth the address to which communications with Mr. Sallaway may be addressed; and it is further

ORDERED, that upon completion of the suspension period, George H. Sallaway may reapply for admission to the Bar of this Court; and it is further

ORDERED, that the Clerk of the Court shall send a certified copy of this Order by certified mail to the Respondent at his last known address.

DATED:     April  6 , 2021

Hon. Glenn T. Suddaby
Chief U.S. District Judge