IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

TYSON POULOS,

          Plaintiff,

    v.

STEVEN GRIMALDI; "JOHN" GORDON;
MARK ROSS, SR.; RONALD HANSON;
MICHAEL LYONS, JR.; DANIEL REYNOLDS;
and REBECCA BRUNELLE,

          Defendants.

Civ. Action No.
9:18-CV-1279 (GTS/ML)

_____

## ORDER

Tyson Poulos, #14-A-3688, plaintiff in the above entitled action, has been directed to appear at the U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York on November 19, 2021 at 9:00 AM for the purpose of attending an evidentiary hearing relative to the above entitled case. It appears that Tyson Poulos is presently incarcerated at the Five Points Correctional Facility located in Romulus, New York. It is necessary that a Writ of *Habeas Corpus Ad Testificandum* be issued for the purpose of securing Tyson Poulos' presence at said proceeding. While New York State is required to advance the costs of Poulos' transportation, these costs shall be repaid to the state from the monetary award, if any,

recovered by Poulos at trial.

Accordingly, it is hereby

ORDERED, that the clerk of the court issue a Writ of *Habeas Corpus Ad Testificandum* directing the United States Marshal for the Northern District of New York, or his deputies, to serve upon the Superintendent of the Five Points Correctional Facility this Writ of *Habeas Corpus* to deliver Tyson Poulos to the U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York on **November 19, 2021, at 9:00 AM and any recessed date thereafter** (the proceeding is estimated to last one day); and it is further

ORDERED, that Tyson Poulos may be returned to the State Facility upon the completion of the evidentiary hearing and is to remain subject to the confinement imposed upon him by the State of New York; and it is further

ORDERED, that New York State shall advance the cost of Tyson Poulos' transportation, which shall be repaid to the state from the monetary award, if any, recovered by Poulos at trial; and it is further

ORDERED, that the original and certified copy of said Writ be delivered to the United States Marshal or his authorized deputy for service upon the named detention facilities stated herein to serve as notice to

prepare Tyson Poulos for transport; and it is further

ORDERED, that in the event the action is settled prior to the evidentiary hearing, it shall be incumbent upon defendant(s} or his/her authorized representative to notify the designated institution where Tyson Poulos is housed and cancel such Writ to produce.

Glenn T. Suddaby
Chief U.S. District Judge

Dated: November 10, 2021
Syracuse, NY